IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-01174-CBS | Date: October 20, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                                      *Counsel:*

THOMAS PATRICK CLAEYS,            James Thorburn

Plaintiff,

v.

CHRISTIAN MOHR, *et al.,*                Kathleen Spalding
                                                                  Patrick Sayas
                                                                  Timothy Schimberg
                                                                  Melanie Lewis
                                                                  Matthew Hegarty

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session: 10:00 a.m.**
Court calls case. Appearances of counsel.

There are several Motions to Dismiss pending. Most recently filed is the Joint MOTION [47] to Stay Pending Resolution of Defendants' Motions to Dismiss. The Plaintiff objects to a Stay. Parties have not filed Pilot Project consent form. The parties must make a decision on consent before the case can proceed. Discussion regarding the amount of Defendants named in the Complaint, how the Pilot Project works, and amending the Complaint to cure deficiencies and or responding to the Motions to Dismiss. The Plaintiff has until November 7, 2014 to respond to the Motions to Dismiss.

**ORDERED:** Joint MOTION [47] to Stay Pending Resolution of Defendants' Motions to Dismiss is **GRANTED in part and DENIED in part.** Discovery is STAYED up to and including November 8, 2014.

                 A Status Conference is set for November 10, 2014 at 10:00 a.m. to discuss what actions the Plaintiff intends on pursuing to move this case forward.

    Counsel shall file a completed Pilot Project consent form (ECF doc. #8) by October 31, 2014.

Hearing Concluded.

**Court in recess: 10:44 a.m.**
Time in court: 00:44

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.