IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-01174-CBS | Date: January 27, 2015 |
| Courtroom Deputy: Brandy Simmons | FTR – Reporter Deck-Courtroom A402 |

*Parties:* | *Counsel:*

THOMAS PATRICK CLAEYS, | James David Thorburn

Plaintiff,

v.

MOHR, *et al.*, | Kathleen L. Spalding
| Patrick L. Sayas
| Timothy Peter Schimberg
| Melanie Bailey Lewis
| Matthew Joseph Hegarty

Defendants.

---

# COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTION HEARING**
**Court in session: 01:29 p.m.**
Court calls case.  Appearances of counsel.

This hearing comes before the Court in regards to *Plaintiff's Motion for Leave to Withdraw Previous Motion to Amend Complaint [Doc. 59] and Motion for Leave to Amend Complaint* [62] filed November 24, 2014.  There are five additional pending motions.

- **ORDERED:** *Plaintiff's Motion for Leave to Withdraw Previous Motion to Amend Complaint [Doc. 59] and Motion for Leave to Amend Complaint* [62] is **GRANTED**. The Court **REFUSES** the proposed First Amended Complaint and Jury Demand [62-1]. Plaintiff shall submit a corrected First Amended Complaint on or before end of business on January 30, 2015.

- **ORDERED:** All named defendants, other than Christian Mohr and Jim Woolf, are **DISMISSED** without prejudice.

- **ORDERED:** The following motions are **DISMISSED as MOOT**:

[31] *Motion to Dismiss Plaintiff's Complaint and Jury Demand from Defendant Mark Morlock*;
[32] *State Defendants' Motion to Dismiss*;
[42] *Elbert County Defendants' Motion to Dismiss*;
[45] *Board of County Commissioners of Clear Creek County's Motion to Dismiss*; and
[46] *Clear Creek County Defendants' Motion to Dismiss*.

Parties discuss the correct the spelling of certain defendant names.

HEARING CONCLUDED.
**Court in recess: 02:15 p.m.**
Total time in court: 00:46

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.