IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-01174-CBS | Date: March 30, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                *Counsel:*

THOMAS PATRICK CLAEYS,                                    James Thorburn

Plaintiff,

v.

CHRISTIAN MOHR (I), *et al.*,                             Kathleen Spalding
                                                          Patrick Sayas
                                                          Timothy Schimberg

Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 01:31 p.m.**
Court calls case. Appearances of counsel.

This hearing comes before the court in regards to *Defendant Mohr's Partial MOTION [75] to Dismiss the First Amended Complaint* and *Defendant Jim Woolf's MOTION [77] to Dismiss the First Amended Complaint.*

The court hears oral argument for both motions.

**ORDERED:**   *Defendant Mohr's Partial MOTION [75] to Dismiss the First Amended Complaint* and *Defendant Jim Woolf's MOTION [77] to Dismiss the First Amended Complaint* are **GRANTED in part and DENIED in part.** Both motions are **DENIED** to the extent that they move to dismiss the second claim for relief. Both motions are **GRANTED** to the extent that they move to dismiss the third claim for relief. *Defendant Jim Woolf's MOTION [77] to Dismiss the First Amended Complaint* is **GRANTED** to the extent that it moves to dismiss the due process element from the first claim for relief.

The STAY on discovery is **LIFTED.**

Proposed Scheduling Order is due by **5:00 p.m. on April 10, 2015.** Magistrate Judge Shaffer may schedule a Telephonic Status Conference to discuss proposed dates.

Parties agree that any damages or liability experts will not be deposed until after a ruling on summary judgement.

For liability experts, they shall be designated by **June 15, 2015** and rebuttal experts designated by **July 15, 2015.**

HEARING CONCLUDED.

**Court in recess: 02:50 p.m.**
Total time in court: 01:19

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.