IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01174-CBS

THOMAS PATRICK CLAEYS,                )
                                      )
    Plaintiff,                        )
                                      )
v.                                    )
                                      )
CHRISTIAN MOHR, Investigator,         )
Colorado Bureau of Investigation,     )
In His Individual Capacity;           )
JIM WOOLF, Investigator,              )
Clear Creek County Sheriff's Office,  )
In His Individual and Official Capacity. )
                                      )
    Defendants.                       )

## ORDER GRANTING
## AMENDED UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

BY MAGISTRATE JUDGE CRAIG B. SHAFFER

THIS MOTION comes before the Court on Defendant Christian Mohr's Amended Unopposed Motion to Amend Scheduling Order [Doc. #103].

IT IS ORDERED that the motion is GRANTED. Paragraph 9 of the Scheduling Order [Doc. #90] is amended as follows:

    b.    Discovery Cut-off: **NOVEMBER 12, 2015.**

    c.    Dispositive Motion Deadline: **OCTOBER 13, 2015**.

    d.    Expert Witness Disclosure:

4.	The parties shall designate all rebuttal experts and provide opposing counsel and any *pro se* parties with all information specified in Fed.R.Civ.P. 26(a)(2) on or before **SEPTEMBER 1, 2015**.  This includes disclosure of information applicable to "Witnesses Who Must Provide a Written Report" under Rule 26(a)(2)(B) and information applicable to "Witnesses Who Do not Provide a Written Report" under Rule 26(a)(2)(C).

Dated July  28 , 2015

BY THE COURT:

_____
Craig B. Shaffer
United States Magistrate Judge